■ In the Matter of the APPOINTMENT OF A MEMBER OF THE COMMITTEE ON CHARACTER AND FITNESS OF APPLICANTS FOR ADMISSION TO THE BAR IN THE SEVENTH JUDICIAL DISTRICT.— Charles S. Wilcox, Esq., of Rochester, appointed a member of the committee.

■ In the Matter of the MICROPHOTOGRAPHY AND DESTRUCTION OF THE ORDERS OF THE APPELLATE DIVISION, FOURTH DEPARTMENT, FROM JANUARY 1, 1896, THROUGH DECEMBER 31, 1935, pursuant to section 89 of the Judiciary Law.— Order entered.

■ MARION S. KRUGER et al., Appellants, v. VINCENT CIADELLA et al., Respondents.— Motion granted and appeal dismissed unless typewritten record pursuant to rule V-a of the Rules of the Appellate Division, Fourth Department, and supplemental appendix containing "such relevant portions of any testimony * * * as are necessary for the consideration of the questions involved" are filed by November 2, 1960. Memorandum: In this case, in which the plaintiffs-appellants are proceeding by the alternative form of record on appeal under rule V-a, it appears that proof was taken upon the trial and that the complaint was dismissed at the close of the plaintiffs' case for failure to establish a prima facie case. As an appendix to their briefs, plaintiffs should print, in accordance with the rule, all of the testimony which in their judgment establishes the making out of a prima facie case.

■ STEPHANIE G. PETERS, as Administratrix of FELICIA L. PETERS, Deceased, Respondent, v. THOMAS D. POWELL et al., Appellants.— Motion granted and appeal dismissed, without costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES DARWIN ALDRICH, Appellant.— Motion granted to extent appeal may be prosecuted on original papers, five typewritten copies of brief, Edward Zerillo, Esq., of Syracuse assigned as counsel, time for argument of appeal enlarged to include November 1960 Term, and otherwise motion denied.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM CARL AUTH, Appellant.— Motion denied as to June 27, 1960 order on the ground that no timely appeal was taken therefrom. Motion granted to prosecute appeal from order of August 23, 1960 on original papers, five typewritten copies of brief, Martin Michaels, Esq., of Syracuse assigned as counsel and time for argument of appeal enlarged to include November 1960 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN MANGIA, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Motion to prosecute appeal on typewritten papers denied.